# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADRIENNE GREEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CANIDAE CORPORATION,<br><br>Defendant. | Case No.: CV-09-00486-GAF (PLAx)<br><br>**CLASS ACTION**<br><br>**PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL DOCUMENTS**<br><br>**Judge:** Hon. Paul L. Abrams |

The parties in the above-entitled action have submitted an AGREED CONFIDENTIALITY STIPULATION FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties' Confidentiality Stipulation.

Dated: August 16, 2010

*[signature: Paul L. Abrams]*

Hon. Paul L. Abrams
United States Magistrate Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28